THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WILLIAM H. MOORE, Defendant-Appellant.

(No. 73-276;

Second District—November 1, 1974.

Opinion by Mr. JUSTICE GUILD.

Frank Wesolowski, Jr., Public Defender, of Wheaton (Robert H. Heise, Assistant Public Defender, of counsel), for appellant.

James W. Jerz and Charles D. Sheehy, Jr., both of Model District State's Attorneys Office, of Elgin, for the People.